No. 82–92. Piccolo v. United States. Ct. App. D. C. Certiorari denied.

No. 82–93. Stich v. National Transportation Safety Board et al. C. A. 9th Cir. Certiorari denied.

No. 82–95. Nordasilla Corp. v. Norfolk Shipbuilding & Drydock Corp. C. A. 4th Cir. Certiorari denied.

No. 82–96. Sinai Temple et al. v. Superior Court of California for the County of Los Angeles (Smotrich, Real Party in Interest). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 82–100. Peat Manufacturing Co. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied.

No. 82–102. Dawkins et al. v. Fenslage. C. A. 5th Cir. Certiorari denied.

No. 82–104. Pension Plan of the Carpenters Pension Trust Fund for Northern California v. Brug. C. A. 9th Cir. Certiorari denied.

No. 82–108. Tyler v. Hartford Fire Insurance Co. et al. C. A. 10th Cir. Certiorari before judgment denied.

No. 82–110. Orsini v. Connecticut. Sup. Ct. Conn. Certiorari denied.

No. 82–111. Provenzano v. United States. C. A. 3d Cir. Certiorari denied.

No. 82–112. In re Neamon. C. A. D. C. Cir. Certiorari denied.

No. 82–113. Tutino v. New York. Ct. App. N. Y. Certiorari denied.